In the Matter of Estate of Lottie Carter, Deceased. Clara Edna Wood Newsome, Intervening-Petitioner, Appellant, v. Virginia Johnston, Executrix of Last Will of Lottie Carter, Deceased, Appellee.

Gen. No. 46,019.

John D. Vosnos, for appellant; Richard P. Fredo, for appellee; Howard C. Goldman, and Ricardo Meana, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed May 11, 1953; rehearing denied June 2, 1953; released for publication June 16, 1953.